UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. Click here and enter No. |
| ) | 20-5445 JGD |
| HECTOR MANUEL ) | |
| GONZALEZ-RODRIGUEZ ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Michael Hughes, Deputy U.S. Marshal, United States Marshals Service, do hereby make oath before the Honorable Judith G. Dein, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Hector Manuel Gonzalez-Rodriguez on a Supervised Released Violation Petition issued by the United States District Court for the District of Puerto Rico on February 13, 2020. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

MICHAEL HUGHES
Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn to before me this 20th day of November, 2020.

JUDITH G. DEIN
United States Magistrate Judge